EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR03 00582 SOM |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. § 922(g)(5)(A); 18 U.S.C. 1546(a)] |
| CESAR AUGUSTO CARRILLO-CRUZ, a.k.a. Margarito Cortez | |
| Defendant. | |

INDICTMENT

The Grand Jury Charges:

On or about ~~November 17~~ December 3, 2003, in the District of Hawaii, the defendant CESAR AUGUSTO CARRILLO-CRUZ, a.k.a. Margarito Cortez, then being an alien who was illegally and unlawfully in the United States, did knowingly possess in and

affecting commerce a firearm, that is a Lacoruna rifle and two 8mm caliber cartridges.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

### Count 2

The Grand Jury further charges:

On or about ~~November 17~~ December 3, 2003, 2003, in the District of Hawaii, the defendant CESAR AUGUSTO CARRILLO-CRUZ, a.k.a. Margarito Cortez, did knowingly use, attempt to use and possess, a Resident Alien Card which the defendant knew to be forged, counterfeited, altered, falsely made, procured by means of a false claim or statement or otherwise procured by fraud or unlawfully obtained in that the defendant presented a fraudulent Resident Alien Card in the name "Cesar Agusto Carrillo" to agents of Immigration and Customs Enforcement.

//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 1546(a).

DATED: __DEC 1 0 2003__, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

United States v. Cesar Augusto Carrillo-cruz
"Indictment"